IN THE COURT OF APPEALS OF TENNESSEE, WESTERN SECTION
AT JACKSON

_____

| | ) | |
|---|---|---|
| **MONICA R. WILLIAMS,** | ) | Shelby County Circuit Court |
| | ) | No. 147704 R.D. |
| Plaintiff/Appellee. | ) | |
| | ) | |
| VS. | ) | C. A. NO. 02A01-9604-CV-00088 |
| | ) | |
| **CLAUDE WILLIAMS,** | ) | |
| | ) | |
| Defendant/Appellant. | ) | |
| | ) | |

**FILED**

**Jan. 29, 1997**

Cecil Crowson, Jr.
**Appellate Court Clerk**

_____

**OPINION AND ORDER**

_____

Claude D. Williams (Husband) appeals from the trial court's award of rehabilitative alimony to be paid to Monica R. Williams (Wife) at $500 per month for eighteen months.

This was a marriage of approximately five years duration. Wife was a junior in college attending school full-time and working two part-time jobs. She testified that her net income was $880 and her expenses $1,507 per month. Husband has an engineering degree and earns approximately $38,000 annually. No children were born to the marriage. Wife was granted the divorce on the grounds of inappropriate marital conduct.

Upon reviewing this record, we conclude that the trial court was correct in determining that this was a proper case for rehabilitative alimony. The evidence supports need on the part of Wife and the ability to pay on the part of Husband.

The judgment is affirmed in accordance with Court of Appeals Rule 10(a)(1)(3).[1]

_____

[1] **Rule 10 Court of Appeals - (a) Affirmance Without Opinion**. The Court, with the concurrence of all judges participating in the case, may affirm the action of the trial court by order without rendering a formal opinion when an opinion would have no precedential value and one or more of the following circumstances exist and are dispositive of the appeal:
    (1) the Court concurs in the facts as found or as found by necessary implication by the trial court.
    . . . .
    (3) no reversible error of law appears.

1

Costs of this appeal are taxed to the appellant, for which execution may issue if necessary.

_____

FARMER, J.

_____

HIGHERS, J. (Concurs)

_____

LILLARD, J. (Concurs)